UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MICHAEL NOLAN, et al.,

                Plaintiffs,

v.                                                     <u>ORDER</u>

INTERNATIONAL BUSINESS MACHINES     24-CV-04653 (PMH)
CORPORATION, et al.,

                Defendants.
-------------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

      The parties are each directed to submit a letter to the Court via ECF concerning the status of settlement by March 17, 2025. To the extent feasible, the letter(s) should be jointly submitted.

SO-ORDERED:

Dated: White Plains, New York
         March 10, 2025

                                                        _____
                                                        Philip M. Halpern
                                                        United States District Judge