UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL NOLAN, et al.,

                Plaintiffs,

    -against-

INTERNATIONAL BUSINESS MACHINES
CORPORATION,

                Defendant.

**ORDER**

24-CV-04653 (PMH)

PHILIP M. HALPERN, United States District Judge:

On November 17, 2025, Defendant International Business Machines Corporation filed a motion for sanctions against Plaintiffs Michael Nolan, Karla Bousquet, Jay Zeltzer, and Teresa Cook, and their counsel of record, Wright & Greenhill P.C. (Doc. 64).

Plaintiffs are directed to respond to the pending motion by 5:00 p.m. on November 20, 2025. No reply papers shall be filed.

**SO ORDERED.**

Dated:   White Plains, New York
         November 18, 2025

_____
PHILIP M. HALPERN
United States District Judge