UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL NOLAN, et al.,

                    Plaintiffs,

          -against-

INTERNATIONAL BUSINESS MACHINES
CORPORATION,

                    Defendant.

**<u>ORDER</u>**

24-CV-04653 (PMH)

PHILIP M. HALPERN, United States District Judge:

The Court held a conference today in the matter entitled *Blanchard v. Kyndryl Holdings Inc.*, bearing Docket No. 25-cv-2971. The Court, at that conference, resolved, *inter alia*, International Business Machines Corporation's ("IBM") motion for sanctions against Plaintiffs Michael Nolan, Karla Bousquet, Jay Zeltzer, and Teresa Cook, and their counsel of record, Wright & Greenhill P.C. (Doc. 64).

For the reasons stated on the record, the motion for sanctions is GRANTED; however, if the parties can resolve the issue without further Court intervention, the Court will consider withdrawing its ruling. By December 2, 2025, IBM shall provide Plaintiffs' counsel with the exact dollar amount and itemization attributed to resolution of the sealing issue together with the corresponding billing statements, redacted as necessary. Thereafter, the parties must meet and confer on or before December 9, 2025 in an attempt to reach an agreement regarding the issue of reasonable fees and expenses. If the parties are unable to agree, IBM shall file an affidavit and supporting materials setting forth the claimed fees and expenses sought by December 12, 2025. Plaintiffs shall have until December 19, 2025 to respond. The Court will then issue an order as to the amount of attorney's fees thereafter. A modest fee award will be considered. IBM is cautioned that the Court will not impose an award of excessive fees.

See Transcript.

The Clerk of Court is respectfully requested to terminate the pending motion (Doc. 64).

**SO ORDERED.**

Dated:   White Plains, New York
         November 25, 2025

PHILIP M. HALPERN
United States District Judge

2