UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL NOLAN, et al.,

               Plaintiffs,

      -against-

INTERNATIONAL BUSINESS MACHINES
CORPORATION,

               Defendant.

**ORDER**

24-CV-04653 (PMH)

PHILIP M. HALPERN, United States District Judge:

The conference scheduled for June 30, 2026 at 12:15 p.m. is hereby converted to a pre-motion conference concerning Defendant's anticipated motion for summary judgment and Plaintiff's pending motion for sanctions, to be held in Courtroom 520 of the White Plains courthouse.

The letter-motions to seal (Doc. 105, 108, 113) are granted.

The Clerk of Court is respectfully requested to terminate the pending motions (Docs. 105, 106, 108, 109, 113, 117).

               **SO ORDERED.**

Dated:   White Plains, New York
         June 16, 2026

_____
PHILIP M. HALPERN
United States District Judge