UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL NOLAN, et al.,

                Plaintiffs,

    -against-

INTERNATIONAL BUSINESS MACHINES
CORPORATION,

                Defendant.

**ORDER**

24-CV-04653 (PMH)

PHILIP M. HALPERN, United States District Judge:

Counsel for all parties appeared for an in-person conference today. For the reasons set forth on the record, Plaintiffs' motion for sanctions (Doc. 109) is denied. The Court directed Defendant, if it wishes to move for summary judgment, to file the Rule 56.1 Statement with Responses as directed, within the enlarged 38-page limit, by 5:00 p.m. on July 1, 2026 if it be so advised.

See Transcript.

**SO ORDERED.**

Dated:    White Plains, New York
          June 30, 2026

_____
PHILIP M. HALPERN
United States District Judge