UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL NOLAN, et al.,

Plaintiffs,

-against-

INTERNATIONAL BUSINESS MACHINES CORPORATION,

Defendant.

**ORDER**

24-CV-04653 (PMH)

PHILIP M. HALPERN, United States District Judge:

The letter-motion to seal (Doc. 120) is granted.

Defendant's request for leave to move for summary judgment is granted, and the Court sets the following briefing schedule: Defendant's motion shall be served, not filed, by August 5, 2026; opposition shall be served, not filed, by September 4, 2026; reply shall be served by September 18, 2026; and all papers shall be filed on the reply date, September 18, 2026.

The Clerk of Court is respectfully requested to terminate the pending letter-motion (Doc. 120).

**SO ORDERED.**

Dated: White Plains, New York
July 6, 2026

PHILIP M. HALPERN
United States District Judge