UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL NOLAN, et al.,

Plaintiffs,

-against-

INTERNATIONAL BUSINESS MACHINES CORPORATION,

Defendant.

**ORDER**

24-CV-04653 (PMH)

PHILIP M. HALPERN, United States District Judge:

A conference has been scheduled for November 2, 2026 at 10:00 a.m. to be held in Courtroom 520 of the White Plains courthouse, concerning Defendant's letter-motions to seal summary judgment materials and Plaintiffs' letter-motion for leave to file briefing on the sealing request. (Doc. 127; Doc. 180; Doc. 181; Doc. 187).

Defendant shall bring copies (one set for the Court, one set for Plaintiffs) of all of the materials at issue, sufficient to permit the Court to issue rulings from the bench.

The parties are directed to meet and confer in an effort to resolve their disputes without the need for Court intervention. By October 26, 2026, Plaintiffs shall file a letter limited to five doubled spaced pages bringing current any remaining disputes—or advising the Court that the parties have reached an agreement, in which case the conference will be cancelled—and setting forth their position as to any such remaining disputes.

**SO ORDERED.**

Dated: White Plains, New York
October 19, 2026

PHILIP M. HALPERN
United States District Judge