UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL NOLAN, et al.,

Plaintiffs,

-against-

INTERNATIONAL BUSINESS MACHINES CORPORATION,

Defendant.

**ORDER**

24-CV-04653 (PMH)

PHILIP M. HALPERN, United States District Judge:

Counsel for all parties appeared today for a conference concerning Defendant's letter-motions to seal summary judgment materials, Plaintiffs' responses thereto, and the parties' subsequent letters following their efforts to narrow the scope of the request. (Doc. 137; Doc. 181; Doc. 201; Doc. 205).

The Court granted Defendant's request to seal as modified by the parties' subsequent agreements (Doc. 137; Doc. 201; Doc. 205) and as further modified by Defendant on the record during the conference, on a finding that the proposed redactions and sealing requests have been narrowly tailored to protect Defendant's and third-parties' confidential information, and otherwise consistent with the presumption in favor of public access to judicial documents.

In light of the rulings made on the record, the additional modifications to the proposed redactions and sealing requests, and for clarity of the docket, the Court directs the parties to file the modified presentation of the motion, opposition, and reply papers, with the redacted versions filed on the public docket and the unredacted (and highlighted as applicable) versions filed under seal, by November 9, 2026. Courtesy hard copies of the unredacted (and highlighted as applicable) versions shall be delivered to Chambers. The pending motion for summary judgment (Doc. 136)

is terminated, as an administrative matter only, without prejudice to re-filing in accordance with this order and as stated at the conference today.

See Transcript.

The Clerk of Court is respectfully directed to terminate the pending motions: Doc. 136; Doc. 137; Doc. 181.

**SO ORDERED.**

Dated: White Plains, New York
November 2, 2026

PHILIP M. HALPERN
United States District Judge